

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2023

No. 04-22-00752-CR

Derek Jay **GRANT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 19-140-CR
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellant's brief is due on January 18, 2022. Before the due date, Appellant filed an unopposed first motion for a sixty-day extension of time to file the brief.

Appellant's motion is granted. Appellant's brief is due on March 20, 2023. *See* TEX. R. APP. P. 38.6(d). Further requests for extension of time will be disfavored.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2023.



MICHAEL A. CRUZ, Clerk of Court